STATE OF MONTANA,
         **Plaintiff,**                    **NO. 9991**
    **vs.**                                    **DECISION**

**STACEY M. BJORNSON,**
    **Defendant.**

On May 10, 1993, the Defendant was sentenced to five (5) years on each count for the revocation of Fraudulently Obtaining Dangerous Drugs. Sentences in Count II through XI shall run concurrently with each other but consecutively to the sentence imposed in Count I.

On September 24, 1993, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and represented herself. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that she understood this and stated that she wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

The reason for the decision is the sentence imposed by the District Court is presumed correct pursuant to Section 46-18-904(3), MCA. The Division finds that the reasons advanced for modification are insufficient to deem inadequate or excessive as required to overcome the presumption per Rule 17 of the Rules of the Sentence Review Division of the Montana Supreme Court.

DATED this 24th day of September, 1993.

**Hon. Thomas McKittrick, Chairman, Hon. G. Todd Baugh, and Hon. John Warner, Judges**